[No. 12317–3–I.  Division One.  May 28, 1985.]

NORTH PACIFIC INSURANCE COMPANY, *Respondent*, v. CASCADE DENTAL SUPPLY, INC., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 81–2–18160–1, David W. Soukup, J., entered September 8, 1982. *Affirmed* by unpublished opinion per Webster, J., concurred in by Swanson and Grosse, JJ.

[No. 14089–2–I.  Division One.  May 28, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANK PARKER, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 83–1–00116–4, Byron L. Swedberg, J., entered November 30, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, A.C.J., and Swanson, J.

[No. 6738–2–II.  Division Two.  May 28, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. RALPH R. McKINLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. C–2509, Herbert E. Wieland, J., entered December 6, 1982. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Alexander, JJ.